UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 11-1083-RDR-KGS |
| | ) | |
| APPROXIMATELY $65,040.00 IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| More or less, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION FOR PARTIAL DEFAULT
## AND FINAL ORDER OF FORFEITURE

COMES NOW the United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Robin L. Hathaway, Special Assistant United States Attorney, pursuant to Rules of Civil Procedure 55(b)(2) and respectfully moves the Court for partial default and an order implementing through a final order of forfeiture the Expedited Settlement Agreement entered into between the United States and Claimant Skipper Lee Narramore by and through his attorney, Christopher M. Joseph.  In support of this motion, the United States shows the Court as follows:

1.      The United States of America, thereby requests that the Court enter partial default against all persons and entities having an interest in defendant, except for Skipper Lee Narramore, for their failure to file a verified statement of interest (claim), answer or otherwise defend this action as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration in Support of this request is attached hereto as Exhibit A.

2.      The United States of America and Claimant Skipper Lee Narramore have entered into a Stipulation for Compromised Settlement whereby the parties agree that all of the defendant property, except $16,500.00, will be forfeited to the government pursuant to 21 U.S.C. § 881(a)(6), and that the $16,500.00 will be released electronically to Skipper Lee Narramore through his counsel's trust fund.

3.      The Expedited Settlement Agreement is attached hereto as Exhibit B.

WHEREFORE, the United States of America respectfully moves the Court to enter a partial default against all persons, except for Skipper Lee Narramore, and a  final order of forfeiture that will place the terms of the Stipulation for Compromise Settlement into effect forfeiting defendant $65,040.00, except for $16,500.00 to be released to Skipper Lee Narramore.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Robin L. Hathaway
ROBIN L. HATHAWAY
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS. S. Ct. 19376

## CERTIFICATION OF SERVICE

I hereby certify that on the 21st day of June, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

2

s/ Robin L. Hathaway
ROBIN L. HATHAWAY
Special Assistant United States Attorney